The order below is hereby signed.

Signed: April 18 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------X
In re:                                    :    Chapter 11
                                          :
21st Condos LLC                           :    Case No.  24-78
                                          :
        Debtor.                           :
                                          :
-----------------------------------------------------------X
```

## CONSENT ORDER GRANTING MOTION TO DISMISS CHAPTER 11 PROCEEDING

This matter coming before the Court on the Motion to Voluntarily Dismiss Chapter 11 Case (the "Motion") filed by the Debtor, pursuant to 11 U.S.C. § 1112(b) for an Order dismissing the Debtor's Chapter 11 bankruptcy case; the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

Daniel M. Press (#419739)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpress@chung-press.com
Counsel for Debtor

-1-

and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motions to all creditors was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motions establish just cause for dismissal of this case;

**IT IS HEREBY ORDERED THAT**

The Motion is **GRANTED** and this case is hereby **DISMISSED**.

SEEN AND AGREED:

*/s/ Daniel M. Press*
Daniel M. Press (Bar No. 419739)
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
(703) 734-3800
(703) 734-0590 fax
*Counsel for Debtor*

  /s/ Kristen S. Eustis
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176